UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JOSE E. MEDINA,

                Plaintiff,

      - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------x

**JUDGMENT**
17-CV-6885 (RRM)

      A Memorandum and Order of the undersigned having been issued this day denying plaintiff Medina's motion for judgment on the pleadings, granting defendant Commissioner's cross-motion for judgment on the pleadings, affirming the final decision of the Commissioner, and dismissing this action, it is hereby

      ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendant, that all claims brought by plaintiff against defendant are dismissed, and that this action is dismissed.

Dated: Brooklyn, New York
       November 30, 2020

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
Chief United States District Judge